IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 07- 03f0- MPT |
| ) | |
| ESVIN ROLANDO IMUL-LOPEZ ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

In or around November 2006, the defendant, ESVIN ROLANDO IMUL-LOPEZ, an alien and subject of Guatemala, did knowingly and unlawfully enter the United States, at a time and place was other than that designated by immigration officials of the United States for the entrance of immigrants into the United States, and was apprehended in the District of Delaware, in violation of Title 8, United States Code, Sections 1325(a)(1) and 1329.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: March 6, 2007



FILED

MAR 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE