AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ESVIN ROLANDO IMUL-LOPEZ

# WARRANT FOR ARREST

CASE NUMBER: 07- 03PO-MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ESVIN ROLANDO IMUL-LOPEZ when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

*illegal entry into the United States*

in violation of Title __8__ United States Code, Section (s) __1325(a)__

| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | March 6, 2007    Wilmington, DE |
| | Date and Location |

Bail fixed at $ _____    by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St Wilm DE |

| DATE RECEIVED 3/6/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/6/07 | for INS Janet Policichio | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest

FILED
APR - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE